## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| MARVIN L. WILLIAMS, | ) | CASE NO.  5:09 CV 1565 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| EDWARD T. SHELDON, WARDEN, | ) | Magistrate Judge Kathleen Burke |
| | ) | |
| Respondent. | ) | **JUDGMENT** |

For the reasons stated in the Memorandum Opinion filed contemporaneously herewith, the Report and Recommendation issued by Magistrate Kathleen Burke (Docket #28) is ADOPTED IN PART and REJECTED IN PART.

Respondent's Motion to Dismiss (Docket #15) is hereby GRANTED.   Petitioner's July 9, 2009 Petition for Writ of Habeas Corpus (Docket #1) is hereby DISMISSED.  The additional Grounds for Relief set forth in Petitioner's September 14, 2012 Addendum to his July 9, 2009 Petition for Writ of Habeas Corpus (Docket #23) are hereby DISMISSED.

This case is hereby TERMINATED.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability.  28 U.S.C. § 2253(c); FED. R. APP. P. 22(b).

IT IS SO ORDERED.

 s/Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATED: February 22, 2013